```
Court Name: United States District Court
Division: 1
Receipt Number: 14683031512
Cashier ID: sbrown
Transaction Date: 10/09/2012
Payer Name: COFFIELD LAW GROUP LLP
----------------------------------------
PRO HOC VICE
  For: COFFIELD LAW GROUP LLP
  Case/Party: D-VAE-1-13-CR-PROHAC-001
  Amount:        $75.00
----------------------------------------
CHECK
  Remitter: COFFIELD LAW GROUP LLP
  Check/Money Order Num: 1473
  Amt Tendered: $75.00
----------------------------------------
Total Due:       $75.00
Total Tendered: $75.00
Change Amt:      $0.00

PROHAC
112HJ646
```