**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_Underseal_

UNITED STATES

vs.

_Seyed Amin Ghurashi Sarvestani_
**DEFENDANT(S)**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: _12m 646_
HEARING: _PH + IDH_
DATE: _10/10/12_
TIME: _2pm_
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: _Jessica Hertz + Jason Smith (PHV)_
COUNSEL FOR DEFENDANT: _Bill Cofield_
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
(X) COURT FINDS PROBABLE CAUSE
(X) U.S. REQUESTS DETENTION (X) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

( ) DEFT. CONTINUED ON BOND/PROBATION
_to be transferred to the Southern District of New York_

**CONDITIONS OF RELEASE:**
($      ) UNSECURED ($          ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:** _Identity hearing waived._
_Complaint from the Southern_
(X) GOVT ADDUCED EVIDENCE & RESTS (X) EXHIBITS: _Dist. of NY admitted as_
_Gvt's Exh #1_
( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

_Argument heard._
_Gvt adduced further evidence as to_
_detention - Rests_
_Deft argues for bond - Denied_

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _____

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY
_In the Southern District of New York_
( ) RELEASE ORDER GIVEN TO USMS