AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
) Case No. 12mj646
Seyed Amin Ghorashi Sarvestani )
Defendant ) Charging District's
) Case No. 12MAG2588

FILED
OCT 10 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York,
(if applicable) _____ division. The defendant may need an interpreter for this language: n/a.

The defendant: ☒ has retained an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the detention hearing.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 10, 2012

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge