# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## OFFICE OF THE CLERK
## 401 COURTHOUSE SQUARE
## ALEXANDRIA, VIRGINIA 22314-2689
## (703) 299-2100

October 10, 2012

TO: The Clerk of Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

UNITED STATES vs. Seyed Amin Ghorashi Sarvestani
ARRESTING DISTRICT CASE NUMBER: 1:12mj646
CHARGING DISTRICT CASE NUMBER: 12MAG2588

To Whom It May Concern,

The defendant was arrested in the Eastern District of Virginia on your warrant of arrest and brought before our Court for a removal hearing. The defendant executed a Waiver of Identity Hearing. A preliminary and detention hearing was held in this district. The defendant was remanded.

The documents from our case file can be accessed on our website, https://ecf.vaed.uscourts.gov. A certified copy of the docket entries is also enclosed. A copy of this letter is enclosed for your convenience in acknowledging receipt.

Sincerely,

Deputy Clerk

RECEIVED BY:

DATE: